ALBANY,
Feb. 1829.

Wright
v.
Black.

errors, on a writ of error prosecuted by the defendant, and costs awarded to the plaintiff in error. On filing the remittitur, it was moved, on the part of the defendant in this cause, that the lessors of the plaintiff pay the costs awarded in the court of errors, or shew cause why an attachment should not issue against them.

*By the Court*, SUTHERLAND, J. The court see no reason for departing, in this case, from the ordinary practice of requiring the party who has succeeded on his writ of error to make up his record, issue execution, and obtain his costs in the usual manner. The motion is denied.

---

## WRIGHT *vs.* BLACK.

An attorney is liable for costs, where he proceeds in a suit after his client has removed out of the state, to the amount of $100, whether costs accrued before or after such removal.

MOTION for an attachment. The plaintiff removed from the state after the cause was at issue. His attorney subsequently noticed the cause for trial, and the defendant had a verdict. At the last term, the attorney was laid under a rule to pay the costs of the defence, to the amount of $100, or shew cause. He now shewed for cause, that though the plaintiff had been absent from the state for upwards of a year, that he was soon expected to return, and insisted that at all events he was liable only for the costs subsequent to the notice of trial.

*By the Court*, MARCY, J. The attachment must go ; the absence of the plaintiff cannot be considered temporary, and the attorney must pay to the full amount allowed by the 14th rule of January term, 1799, which is explicit on this subject.